MARY FOWLER, Appellant, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Argued October 5, 1893 ; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 13, 1891, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*Henry C. Willcox* for appellant.

*William Henry Arnoux* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.